**No. 45771.**—Protests 871305–G, etc., of R. A. Hamilton Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45772.**—Protests 872684–G, etc., of James McCutcheon & Co. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45773.**—Protests 885123–G, etc., of B. Altman & Co. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 25, 1941

**No. 45774.**—Protest 18769–K of Braulio Caballero (San Juan).

Opinion by BROWN, J. When this case was called for trial there was no appearance on the part of the plaintiff. On the record presented the protest was overruled.

**No. 45775.**—Protest 771668–G of Geo. Nowland Corp. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, APRIL 25, 1941

**No. 45776.**—Protests 21956–K, etc., of Walker Goulard Plehn Co., Inc. (Boston).

Opinion by KINCHELOE, J. It was stipulated that the greaseproof paper in question is the same as that passed upon in *Walker Goulard Plehn* v. *United States* (6 Cust. Ct. 11, C. D. 413). The protests were therefore sustained.

**No. 45777.**—Protests 869278–G, etc., of Amtorg Trading Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45778.**—Protests 933061–G, etc., of Ross Brothers, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.